IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHARON KIRKPATRICK,

    Plaintiff,

-vs-                                              No. 06-CV-838 DRH

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on a Report ans Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS ORDERED AND ADJUDGED** that the Report is adopted in its entirety. The decision of the Commissioner denying Plaintiff's application for benefits is **AFFIRMED** in all respects.

                                                        **NORBERT G. JAWORSKI, CLERK**

February 28, 2008.                                  By: s/Patricia Brown
                                                              Deputy Clerk

APPROVED: /s/    *David R Herndon*

            **CHIEF JUDGE**
            **U.S. DISTRICT COURT**